

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Steven Pitchersky

**FILED**

SEP 2 3 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

CRIMINAL NO. 13-397

Steven Pitchersky, the above named defendant, who is accused of

13 U.S.C. § 1343

being advised of the nature of the charge and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Steven Pitchersky, Defendant

_____
Witness

9/23/13
_____
Date

_____
Ann C. Flannery, Counsel for Defendant