17

PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA



FILED
MAR 14 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

U.S.A. vs. Steven Pitchersky                                Docket No. 13-397

Petition for Action on Conditions of Pretrial Release

      COMES NOW, Phillip Harris, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of Steven Pitchersky, who was placed under pretrial release supervision by the Honorable John R. Padova sitting in the Court at Philadelphia, on September 23, 2013, under the following conditions:

1. Report to Pretrial Services as directed by Pretrial Services
2. Surrender/Do Not Obtain Passport
3. Maintain address at 40380 Desert Creek Lane, Rancho Mirage, CA 92270

      Respectfully presenting petition for action of Court and for cause as follows:

1. The Central District of California has advised Pretrial Services that the defendant is in full compliance with pretrial supervision. However, they informed us that the defendant has changed his address to 268 Paseo Vista Circle, Palm Desert, CA.
2. AUSA David L. Axelrod has been notified about this proposed amendment to the defendant's release conditions and voiced no objection.

PRAYING THAT THE COURT WILL ORDER the defendant's conditions of bail amended to permit a change of address to 268 Paseo Vista Circle, Palm Desert, CA.

ORDER OF COURT

Considered and ordered this 13 day of March, 2014 and ordered filed and made a part of the records in the above case.

_____
John R. Padova
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Phillip Harris
U.S. Pretrial Services Officer

Place: Philadelphia

Date: March 13, 2014