PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

CASE NUMBER *(Tran. Court)*
2:13CR00397-01

CASE NUMBER *(Rec. Court)*

FILED
CLERK, U.S. DISTRICT COURT
4/11/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AD___ DEPUTY

NAME AND ADDRESS OF SUPERVISED RELEASEE:
Steven Pitchersky

DISTRICT
Eastern District
of Pennsylvania

NAME OF SENTENCING JUDGE
John R. Padova

DIVISION

5:19-cr-121 JGB

DATES OF PROBATION/SUPERVISED RELEASE:
FROM 3-24-17
TO 3-23-22

OFFENSE

18:1343,1349 wire fraud (Count One)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_3/25/2019_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_April 9, 2019_
Effective Date

_Virginia A. Phillips_
United States District Judge